**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HOLT HEALTHCARE MANAGEMENT SERVICES, INC., on behalf of plaintiff and the class members defined herein, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 18-CV-8321 |
| v. | ) ) | Judge Ellis |
| MEDCOM PHYSICIAN SERVICES. LLC and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

**HOLT HEALTHCARE MANAGEMENT SERVICES, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Holt Healthcare Management Services, Inc., in compliance with Fed. R. Civ. P.

7.1 and Local Rule 3.2 certifies the following:

1.  Holt Healthcare Management Services, Inc. is a privately held corporation.

2.  Holt Healthcare Management Services, Inc. does not have any publicly held affiliates nor does any public corporation hold more than 10% of its stock.

Dated: January 16, 2019

Respectfully submitted,

/s/ Dulijaza Clark
Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

I, Dulijaza Clark, certify that on January 16, 2019, or as soon thereafter as service may be effectuated, I caused a true and accurate copy of the foregoing document to be served, via hand delivery by process server, on the following party:

MEDCOM Physician Services, LLC

/s/ Dulijaza Clark_____
Dulijaza (Julie) Clark

Daniel A. Edelman
Cathleen M. Combs
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

2