IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOLT HEALTHCARE MANAGEMENT SERVICES, INC., on behalf of plaintiff and the class members defined herein, | ) ) ) ) ) |
| Plaintiff, | ) 18-CV-8321 ) |
| v. | ) ) ) Judge Ellis |
| MEDCOM PHYSICIAN SERVICES. LLC and JOHN DOES 1-10, | ) ) ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Holt Healthcare Management Services, Inc. voluntarily dismisses its individual claims without prejudice and without costs against defendant Medcom Physician Services, LLC.  Plaintiff Holt Healthcare Management Services, Inc. voluntarily dismisses its class claims against defendant Medcom Physician Services, LLC without prejudice and without costs.  Plaintiff Holt Healthcare Management Services, Inc. voluntarily dismisses its claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

/s/ Dulijaza Clark
Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

  I, Dulijaza Clark, certify that on February 14, 2019, I caused the filing of the foregoing document via the Court's CM/ECF Filing System and caused a true and accurate copy of the foregoing document to be delivered by email on the following:

    MEDCOM Telephone Answering Service
    info@medcomtas.com


                /s/ Dulijaza Clark
                Dulijaza (Julie) Clark


Daniel A. Edelman
Cathleen M. Combs
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)