# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Holt Healthcare Management Services, Inc.

Plaintiff,

v.

Case No.: 1:18–cv–08321

Honorable Sara L. Ellis

Medcom Physician Services, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 15, 2019:

MINUTE entry before the Honorable Sara L. Ellis: Pursuant to notice of dismissal [9] Plaintiff voluntarily dismisses its individual claims, class claims and claims against John Does 1–10 and Medcom Physician Services, LLC without prejudice and without costs. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.